## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Strike 3 Holdings , LLC

                    Plaintiff,

v.

John Doe subscriber assigned IP address 73.110.3.202

                    Defendant.

Case No.: 1:18−cv−04297
Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 19, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant Doe's (IP address 7..110.3.202) unopposed motion to proceed anonymously and for protective order [13] is granted. Plaintiff's ex−parte motion for extension of time within which to effectuate service on John Doe defendant by 11/8/2018 [18] is granted. Motion hearings set for 9/20/2018 and 10/2/2018 are stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.